675 A.2d 1204

**COMMONWEALTH of Pennsylvania ex rel. Ronald RINES, Appellant,**

**v.**

**Joseph LEHMAN, Commissioner, Pennsylvania Department of Corrections, and the Court of Common Pleas for Montgomery County, Pa., Appellees.**

**No. 63 M.D. Appeal Docket 1995.**

Supreme Court of Pennsylvania.

March 27, 1996.

Ronald Rines, Bellefonte, pro se.

Cheryl G. Young and Clifford D. Swift, PA Department of Corrections, Camp Hill, for Dept. of Corr.

PER CURIAM:

AND NOW, this 27th day of March, 1996, it is hereby ordered that the order of the Commonwealth Court is hereby AFFIRMED.